FILED
APR 3 2003
DAVID W. DANIEL, CLERK
U.S. DISTRICT COURT
E. DIST. NO. CAR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:00-CV-703-F2

| | |
|---|---|
| NORTH CAROLINA STATE UNIVERSITY and CREE, INC., <br> Plaintiffs, <br><br> v. <br><br> NICHIA CORPORATION and NICHIA AMERICA CORPORATION, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) |

<u>O R D E R</u>

| | |
|---|---|
| NICHIA CORPORATION and NICHIA AMERICA CORPORATION, <br> Counterclaimants, <br><br> v. <br><br> NORTH CAROLINA STATE UNIVERSITY; CREE, INC.; and SHUJI NAKAMURA, <br> Counterclaim- <br> defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

To the extent that Cree's March 14, 2003 Sealed Response (DE # 404) to MWE's Notice of Election (DE # 402) may be construed as a motion for an expedited hearing, such motion is DENIED. The court agrees that the respective state Bar Associations are the proper fora in which the specific allegations must be considered and resolved. What further proceedings will be appropriate in this court must await, and will depend upon, the outcome of the Bar Associations' inquiries.

SO ORDERED.

This the  31st  day of March, 2003.

_____
JAMES C. FOX
Senior United States District Judge